IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN  DIVISION

KENNETH DUKE                                                                        PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 5:04cv322-DCB-JCS

JACOB CARTLIDGE, ET AL.                                                          DEFENDANT

======================================================================

<u>ORDER</u>

THIS CAUSE comes before the Court on the Motion for Admission *Pro Hac Vice* filed by

attorney Gene E. McKissic.   Having considered the Motion, the Court finds that the motion is not

well taken and is hereby denied without prejudice.  Pursuant to Uniform Local Rule 83.1 (A)(2),

the motion is deficient in the following respects:

1.  No Certificate of Good Standing from the United States District Court of the applicant's

jurisdiction was attached.  <u>See</u> Uniform Local Rule 83.1 (A)(2)(a).

2.  The applicant failed to certify that he has associated a member of the bar of this Court in

this civil action for which he seeks admission.  <u>See</u> Uniform Local Rule 83.1 (A)(2)(b).

3.  The applicant failed to certify that he has read and is familiar with the Uniform Local

Rules of the United States District Courts for the Northern District and Southern District of

Mississippi.  <u>See</u> Uniform Local Rule 83.1 (A)(2)(c).

Counsel is given fourteen (14) days from the date of this Order to correct these deficiencies

and submit another Motion for Admission *Pro Hac Vice*, along with a proposed Order.

SO ORDERED, this the 7th day of September, 2005.

/s/ James C. Sumner

_____
UNITED STATES MAGISTRATE JUDGE