FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KENNETH DUKE                                                                                       PLAINTIFF

VS.                         CIVIL ACTION NO. 5:04CV322DCB-JCS

JACOB CARTLIDGE, Individually, and as Sheriff of Sharkey
County, Mississippi; SHARON DUCKWORTH, Individually,
and as Deputy Sheriff Sharkey County; COUNTY OF SHARKEY,
MISSISSIPPI; WALLACE NEWSOME, Individually, and as County
Supervisor for District No. 1; D.W. JOHNSON, Individually, and as
County Supervisor for District No. 2; ELRIDGE WALKER,
Individually, and as County Supervisor for District No. 3; JOE KING,
Individually, and as County Supervisor for District No. 4; WILLIE SMITH,
Individually, and as County Supervisor for District No. 5                       DEFENDANT

*FILED NOV 08 2005 — J.T. NOBLIN, CLERK*

## RESPONSE TO ORDER TO SHOW CAUSE

Comes the Attorney for the Plaintiff, Gene E. McKissic, and in response to the Court's Order to Show Cause states:

1.  That attorney for Plaintiff has been previously ordered by this Court to retain local counsel on behalf of the Plaintiff.

2.  That attorney for Plaintiff has made contact with attorneys licensed in Mississippi in an effort to retain local counsel, but so far has not obtained such local counsel.

3.  That counsel for Plaintiff believes that he will be successful in retaining local counsel in the near future but needs additional time to find local counsel, and is not purposely or otherwise failing to comply with the Orders of this Court.

WHEREFORE, Counsel for Plaintiff prays for 30 additional days in which to obtain local counsel and for all other just and proper relief as deemed by the Court.

BY: _/s/ Gene E. McKissic_
GENE E. McKISSIC

Gene E. McKissic (MSB #43980)
BROWN & McKISSIC, LLC
Post Office Box 6116
Pine Bluff, Arkansas 71611-6116
Telephone: (870) 534-6332
Facsimile: (870) 534-8481


I, Gene E. McKissic, hereby certify that on this 3RD day of November, 2005 a copy of the above and foregoing Response to Order To Show Cause was mailed to the Clerk of the Court for filing, with a copy of such filing mailed to the following:

    Gretchen Kimble, Esq.
    Wise, Carter, Child & Caraway
    Post Office Box 651
    Jackson, Mississippi 39205-0651

    J. Lawson Hester
    Craig, Hester, Luke & Dodson, P.A.
    Post Office Box 12005
    Jackson, Mississippi 39236-2005

By: _____
       Gene E. McKissic